UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN HOLDINGS LTD.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ANITRA KYEES,<br><br>　　　　　Defendant. | Case No. CV 18-662-FMO (GJSx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that this action is DISMISSED WITHOUT PREJUDICE, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATE: January 11, 2019　　　　　_____/s/_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE