JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VIGEN HOLDINGS LTD., | |
|---|---|
| Plaintiff | Case No. CV 18-662-FMO (GJSx) |
| v. | |
| ANITRA KYEES, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this case is DISMISSED WITHOUT PREJUDICE.

DATE: January 11, 2019  _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE